IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01799-WYD-MEH

DARREN WILEY,

    Plaintiff,

v.

DIECA COMMUNICATIONS, INC., d/b/a COVAD COMMUNICATIONS COMPANY and d/b/a COVAD BROADBAND SOLUTIONS,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On October 8, 2009, Plaintiff filed a First Amended Complaint. Accordingly, the motion to dismiss (docket #12), filed September 15, 2009, is **DENIED WITHOUT PREJUDICE.**

    Dated:  October 9, 2009.