IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01799-WYD-MEH

DARREN WILEY,

    Plaintiff,

v.

DIECA COMMUNICATIONS, INC., d/b/a COVAD COMMUNICATIONS COMPANY and d/b/a COVAD BROADBAND SOLUTIONS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2009.**

    Plaintiff's Motion to Modify Scheduling Order . . . [filed December 11, 2009; docket #27] is **denied without prejudice** with leave to re-file for failure to comply with D.C. Colo. LCivR 7.1A and B. The parties are reminded of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).