IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01799-WYD-MEH

DARREN WILEY,

    Plaintiff,

v.

COVAD COMMUNICATIONS COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2010.**

The Joint Motion to Modify Scheduling Order Deadlines [filed March 19, 2010; docket #56] is **granted**. The deadlines in this matter are modified as follows:

| | |
|---|---|
| Expert Witness Designation | May 28, 2010 |
| Rebuttal Witness Designation | July 9, 2010 |
| Service of Interrogatories and Requests for Production | July 16, 2010 |
| Discovery Cutoff | August 18, 2010 |
| Dispositive Motion Deadline | September 15, 2010 |

The Final Pretrial Conference remains set for September 27, 2010, at 9:15 a.m.