IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01799-WYD-MEH

DARREN WILEY,

    Plaintiff,

v.

COVAD COMMUNICATIONS COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 26, 2010.**

    The Stipulated Protective Order, docketed as a motion [filed March 23, 2010; docket #59], is **granted**. The proposed Stipulated Protective Order is approved and entered contemporaneously with this minute order.