IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01799-WYD-MEH

DARREN WILEY,

    Plaintiff,

v.

DIECA COMMUNICATIONS, INC., d/b/a COVAD COMMUNICATIONS COMPANY and d/b/a COVAD BROADBAND SOLUTIONS,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the Stipulation to Dismiss Entire Action With Prejudice (ECF No. 77), filed July 13, 2010. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and this matter should be **DISMISSED WITH PREJUDICE**. Accordingly, it is

ORDERED that the Stipulation to Dismiss Entire Action With Prejudice (ECF No. 77) is **APPROVED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated: July 13, 2010

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge